Sweet, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JINBAO INTERNATIONAL SHIPPING LTD.,            :      08 CV 3492 (RWS)

              Plaintiff,                              :

                                             :      ECF CASE

    - against -                                          :

SWISS SINGAPORE OVERSEAS ENTERPRISES PTE      :
LTD. and DAWNING SHIPPING PTE LTD.,            :

              Defendants.                            :
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4-11-08__
```

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Coleen A. McEvoy, sworn to on April 10,

2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R.

Peterson, Coleen A. McEvoy, Anne C. LaVasseur, or any other partner, associate, paralegal or

agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby,

appointed, in addition to the United States Marshal, to serve the Process of Attachment and

Garnishment and the Verified Complaint, together with any interrogatories, upon the

garnishee(s), together with any other garnishee(s) who (based upon information developed

subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
     April/_2_, 2008

                                                 _____
                                                   U.S.D.J.