Juice 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JINBAO INTERNATIONAL SHIPPING LTD.,                    :    08 CV 3492 (RWS)
                                                       :
                            Plaintiff,                 :    ECF CASE
                                                       :
            - against -                                :
                                                       :
SWISS SINGAPORE OVERSEAS ENTERPRISES PTE               :
LTD. and DAWNING SHIPPING PTE LTD.,                    :
                                                       :        MAY 2 9 2008
                            Defendants.                :
                                                       :    JUDGE SWEET CHAMBERS
------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the

above-captioned matter be and hereby is voluntarily dismissed without prejudice and without

costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of

Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment

and Garnishment.

Dated: May 27, 2008
       New York, NY

                                    The Plaintiff,
                                    JINBAO INTERNATIONAL SHIPPING LTD.

                                    By: _____
                                        Kevin J. Lennon
                                        Lennon, Murphy & Lennon, LLC
                                        The GrayBar BuildingPlaintiff, JINBAO 1
                                        420 Lexington Ave., Suite 300
USDC SDNY                               New York, NY 10170
DOCUMENT                                (212) 490-6050 – phone
ELECTRONICALLY FILED                    (212) 490-6070 – fax
DOC #: _____                          kjl@lenmur.com
DATE FILED: _____

                                                            U.S.D.J.
                                                            6-2-08